IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTHONY D. GOODEN | : |
| | : |
| Plaintiff(s) | : |
| | : Case Number: 1:02-cv-00444 |
| vs. | : |
| | : Senior District Judge S. Arthur Spiegel |
| MONA PARKS, et al. | : |
| | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Report and Recommendation (doc. 20) is ADOPTED in its entirety. Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Clerk shall close this action and remove it from the Court's docket.

The Court certifies that any appeal of this Order may not be taken in good faith. See 28 U.S.C 1915(a). Plaintiff is therefore denied leave by this Court to appeal this Order in forma pauperis.

9/17/03                                                                                  Kenneth Murphy, Clerk


                                                                                         s/Kevin Moser
                                                                                         Deputy Clerk