**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _CUY CTY SHERIFF OFFICE_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   Date of Delivery

SEP 2003

RECEIVED

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:

ANTHONY D. GOODEN
239-339
CUYAHOGA CO. JAIL
P.O. BOX 5600
CLEVELAND, OH 44120

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7001 2510 0008 6349 6013

PS Form 3811, August 2001        Domestic Return Receipt        102595-01-M-2509